UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GERALD SCHENCK,**

Plaintiff,

vs.

**COMMISSIONER,**
of Social Security
Administration,

Defendant.

Case No. 3:15-cv-00145-MC

ORDER (EAJA FEES)

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,526.37 is awarded to Plaintiff. It is ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's mailing address at PO Box 421, West Linn, OR 97068. If Plaintiff has such debt, then the check for any remaining

1 - ORDER FOR EAJA FEES

funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

DATED this 27 day of April, 2016.

_____
The Honorable Michael J. McShane
United States District Court Judge

2 - ORDER FOR EAJA FEES